**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :     No. 73 WAL 2020
                                  :
          Respondent              :
                                  :
                                  :     Petition for Allowance of Appeal
                                  :     from the Order of the Superior Court
          v.                      :
                                  :
                                  :
CLIFFORD WILSON,                  :
                                  :
          Petitioner              :

## ORDER

**PER CURIAM**

 **AND NOW**, this 25th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.